# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

SHANTI PESHEWA,
        Petitioner,

       v.                              CAUSE NO. 2:20-CV-235-TLS-JEM

WARDEN,
        Respondent.

## OPINION AND ORDER

Shanti Peshewa, a prisoner without a lawyer, filed a habeas corpus petition challenging his disciplinary sanctions in case ISP 19-04-98 where a Disciplinary Hearing Officer found him guilty of possessing a controlled substance in violation of Indiana Department of Correction policy B-202. ECF No. 1 at 1. However, Peshewa did not lose any earned credit time nor was he demoted in credit class as a result of this disciplinary hearing. ECF No. 1 at 1; 1-1 at 11.

A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary hearing did not result in the lengthening of the duration of Peshewa's confinement, habeas corpus relief is not available. Accordingly, since there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

For these reasons, the court DENIES the petition [ECF No. 1] pursuant to Section 2254 Habeas Corpus Rule 4 and the case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on June 23, 2020.

                                              s/ Theresa L. Springmann
                                              JUDGE THERESA L. SPRINGMANN
                                              UNITED STATES DISTRICT COURT